UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMIL ASSAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 13-10398-JGD |
| UNITED PARCEL SERVICE OF AMERICA, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **SETTLEMENT ORDER OF DISMISSAL**

DEIN, U.S.M.J.

The Court having been advised on October 10, 2013 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED:  October 11, 2013